UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE WEBB,<br><br>        Petitioner,<br><br>    v.<br><br>MAURICE JUNIOUS, Warden,<br><br>        Respondent.<br>_____/ | No. C-11-6577 EMC (pr)<br><br>**ORDER OF TRANSFER** |

    Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the Solano County Superior Court. Solano County lies within the venue of the Eastern District of California. Petitioner is confined at the North Kern State Prison in Kern County, also within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Here, the proper venue is the Eastern District of California because that is the district in which petitioner was convicted and is confined. Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

Dated: January 6, 2012

_____
EDWARD M. CHEN
United States District Judge