IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE WEBB,

      Petitioner,                No. 2:12-cv-0056 JAM CKD P

      vs.

MAURICE JUNIOUS,

      Respondent.             <u>ORDER</u>

_____/

      On June 27, 2012, the court recommended that this action be dismissed for petitioner's failure to file an opposition to respondent's pending motion to dismiss. Petitioner has now filed his opposition. Good cause appearing, IT IS HEREBY ORDERED that:

      1. The findings and recommendations issued June 27, 2012 are vacated;

      2. The Clerk of the Court is directed to remove petitioner's opposition to respondent's motion to dismiss from the document filed by petitioner on July 9, 2012 and file it separately; and

/////

/////

/////

/////

1      3. Respondent is granted fourteen days within which to file a reply to petitioner's opposition.

Dated: July 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
webb0056.vac