IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE WEBB,

    Petitioner,                     No. 2:12-cv-0056 JAM CKD P

    vs.

MAURICE JUNIOUS,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with petition for writ of habeas corpus under 28 U.S.C. § 2254.  Respondent has filed a motion to dismiss this action as time-barred.  After reviewing respondent's motion and petitioner's opposition, the court has determined that it requires more information.  Accordingly IT IS HEREBY ORDERED that:

        1. Within 21 days, petitioner shall file an affidavit, signed under the penalty of perjury, in which petitioner indicates how and when he learned that the California Court of Appeal had affirmed his conviction and sentence.

/////

/////

/////

/////

1

.

.

2. Failure to file the affidavit described above within 21 days will result in a recommendation that this action be dismissed without prejudice.

Dated: July 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
webb0056.fb