IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE WEBB,

    Petitioner,           No. 2:12-cv-0056 JAM CKD P

    vs.

MAURICE JUNIOUS,

    Respondent.        <u>ORDER</u>

_____/

    After reviewing the affidavit submitted by petitioner on August 10, 2012, IT IS HEREBY ORDERED that respondent is granted 14 days to file an amended reply brief concerning respondent's pending motion to dismiss. If respondent elects not to file an amended reply within 14 days, respondent's motion to dismiss will stand submitted to the court for decision.

Dated: August 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
webb0056.res