1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRENCE WEBB,

11            Petitioner,              No. 2:12-cv-0056 JAM CKD P

12        vs.

13   MAURICE JUNIOUS,

14            Respondent.             ORDER

15   _____/

16            After reviewing the affidavit submitted by petitioner on August 10, 2012, IT IS

17   HEREBY ORDERED that respondent is granted 14 days to file an amended reply brief

18   concerning respondent's pending motion to dismiss.  If respondent elects not to file an amended

19   reply within 14 days, respondent's motion to dismiss will stand submitted to the court for

20   decision.

21    Dated: August 16, 2012

22                                         _____
                                           CAROLYN K. DELANEY
23                                         UNITED STATES MAGISTRATE JUDGE

24
25
26

1
webb0056.res